## The People v. William Piper.

*General verdict and special findings.*

A man was prosecuted for neglect to support his wife, and a general verdict of guilty was rendered. His counsel submitted a request for a special finding as to whether the prisoner was then and for about four months last past had been well and sufficiently supporting his wife according to his means and each juror answered "Yes." *Held* that under the special finding there should have been no judgment on the general verdict, and that the respondent should be discharged.

Exceptions before judgment from Muskegon. (Russell, J.) April 18.—April 18.

Information for disorderly conduct. Conviction set aside.

Attorney General *Jacob J. Van Riper* for the People.

*Stephen H. Clink* for respondent.

Per Curiam. The respondent stands convicted of being a disorderly person. The particular charge against him is the neglect and refusal to support his wife. There was a general verdict of guilty, and a special finding. We think that under the special finding there should have been no judgment upon the general verdict.

Proceedings set aside and respondent ordered discharged.